UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:19-cv-80371-ROSENBERG

ERICA BUFORD.,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____/

## ORDER STAYING CASES PENDING FCC GUIDANCE

This cause comes before the Court on the parties' Joint Notice of Pending Similar Actions, DE 7.  For all of the reasons set forth in related case 18-CV-81394, docket entries 40 and 41, this case is hereby **STAYED** pending forthcoming guidance from the FCC as more fully discussed in the aforementioned docket entries. This stay shall run for a period of three months running from the date of rendition of this Order. The parties are **ORDERED** to file a joint status report at the earlier of (1) guidance from the FCC or (2) the conclusion of the three-month stay imposed by this Order. The Clerk of the Court shall **CLOSE THIS CASE** for administrative purposes. This closure shall not affect the merits of any party's claim.  All pending motions and deadlines are **TERMINATED**.

    **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 18th day of April, 2019.

                                                                                    _____
                                                                                   ROBIN L. ROSENBERG

Copies furnished to Counsel of Record          UNITED STATES DISTRICT JUDGE